United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YORDAN PLASENCIA ORTEGA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00649 |
| | § | |
| GABRIEL MARTINEZ, *et al.*, | § | |
| | § | |
| Respondents. | § | |

### ORDER OF DISMISSAL

The petitioner, Yordan Plasencia Ortega, filed this petition to challenge his ongoing immigration detention. Pending is the petitioner's motion to dismiss based on mootness because he has voluntarily departed the United States. Doc. No. 8 at 1. Because the petitioner is no longer in custody and there is no viable controversy, his petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. The petitioner's motion to dismiss (Doc. No. 8) is **GRANTED**, and this habeas petition is **DISMISSED** without prejudice as **MOOT.**

2. All other pending motions, if any, are **DENIED as MOOT**.

3. This case is **CLOSED.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED on this _____ 30ᵗʰ _____ day of May 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2 / 2